**No. 61878.**—Plus Computing Machines, Inc. v. United States, protests 261109–K, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines and metal parts thereof similar in all material respects, except for having, in addition, an electric motor as an essential feature, to the merchandise the subject of *Plus Computing Machines,*

538

*Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.